IH-32  Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

Paul Szaniawski

| Plaintiff | Case Number |
|---|---|
| vs. | 1:20-cv-2223 |
| World Wrestling Entertainment, Inc., Vincent K. McMahon, George A. Barrios and Michelle D. Wilson, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM

| Plaintiff | Case Number |
|---|---|
| vs. | 1:20-cv-02031 (JSR) |
| WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS and MICHELLE D. WILSON, | |
| Defendant | |

**Status of Earlier Filed Case:**

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

The putative class action was filed on March 6, 2020. The 60-day notice period, pursuant to the Private Securities litigation Reform Act, 15 U.S.C. § 78u-4, will culminate with competing lead plaintiff motion filings on May 5, 2020.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Each case is a putative class action. Each case claims violations of the federal securities laws by the same defendants.

Signature: _____  Date: 03/12/2020

Firm: Pomerantz LLP