UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SZANIAWSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS and MICHELLE D. WILSON,<br><br>Defendants. | Case No.  1:20-cv-02223-JSR |

NOTICE OF VOLUNTARY DISMISSAL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Szaniawski v. World Wrestling Entertainment, Inc. et al.*, 1:20-cv-02223-JSR, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Paul Szaniawski hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  June 3, 2020               Respectfully submitted,

                                   POMERANTZ LLP

                                   */s/ Jeremy A. Lieberman*
                                   Jeremy A. Lieberman
                                   J. Alexander Hood II
                                   600 Third Avenue, 20th Floor
                                   New York, NY 10016
                                   Telephone: (212) 661-1100
                                   jalieberman@pomlaw.com
                                   ahood@pomlaw.com

                                   POMERANTZ LLP
                                   Patrick V. Dahlstrom
                                   10 South LaSalle Street, Suite 3505
                                   Chicago, Illinois 60603
                                   Telephone: (312) 377-1181
                                   Facsimile: (312) 377-1184
                                   pdahlstrom@pomlaw.com

                                   *Counsel for Plaintiff Paul Szaniawski*


The clerk is directed to dismiss the case only as to Paul Szaniawski. The case as a whole should remain open. SO ORDERED.

_____
United States District Judge

Dated: 06/07/2020

1